

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00553-CV

**IN RE** James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 4, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On August 19, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 17-12-24620-CV, styled *Coyle Family Farm, Inc., et al. v. James Clinton Coyle, et al.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable H. Paul Canales presiding.